# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA ORGANIC FERTILIZERS, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**TRUE ORGANIC PRODUCTS, INC. and DOES 1-10,**<br><br>Defendant | OLD CASE 1:19-CV-0296 LJO EPG<br><br>NEW CASE 1:19-CV-0296 AWI EPG<br><br>**ORDER RELATING & REASSIGNING CASE AND REFERING CASES TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** |

After a review of the Court's docket, it appears that this case is related to *True Organic Products, Inc. v. California Organic Fertilizers, Inc.*, 1:18-cv-1278 AWI EPG. See Local Rule 123. Because reassignment of this action to a single district judge and magistrate judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign this action to the docket of the undersigned. See Local Rule 123(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123, this case is REASSIGNED to the dockets of Senior District Judge Anthony W. Ishii;
2. The new case number will be: 1:19-cv-0296 AWI EPG, and all future filings in this case shall use this case number only; and
3. This case is referred to Magistrate Judge Grosjean for the purpose issuing a scheduling order.[1]

IT IS SO ORDERED.

Dated: March 25, 2019

_____
SENIOR DISTRICT JUDGE

---

[1] This order does not affect the parties' stipulation for Defendant to file a responsive pleading or otherwise affect the Defendant's ability to file an answer or a responsive motion.