**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Patrick D. Toole #190118
John P. Kinsey #215916
Rebecca S. Maddox #320316
Christopher A. Lisieski #321862

Attorneys for:    Plaintiff CALIFORNIA ORGANIC FERTILIZERS, INC.

**DOWNEY BRAND LLP**
621 Capitol Mall, 18th Floor
Sacramento, California 95814-4731
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100

John C. McCarron #225217
Bradley C. Carroll #300658

**DOWLING AARON INC.**
8080 N. Palm Ave., Third Floor
Fresno, California 93711
Telephone:   (559) 432-4500
Facsimile:   (559) 432-4590

Steven D. McGee #71886
Jared C. Marshall #272065

Attorneys for:    Defendant TRUE ORGANIC PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ORGANIC FERTILIZERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00296-AWI-EPG<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ORDER THEREON** |

WHEREAS, Plaintiff California Organic Fertilizers, Inc. (hereinafter "Plaintiff") filed a motion for judgment on the pleadings or, in the alternative, motion for partial summary judgment in this action on May 7, 2019 (Doc. No. 11), which is currently set for hearing on June 24, 2019;

WHEREAS, Defendant True Organic Products, Inc. (hereinafter "Defendant") filed an opposition on June 10, 2019 (Doc. No. 15), in which it noticed a counter-motion for partial summary judgment pursuant to Local Rule 230(e) for hearing on July 8, 2019;

WHEREAS, for ease of resolution, the parties desire to have the motions heard on the same date;

THEREFORE, pursuant to Rule 230(f) of the Local Rules for the Eastern District of California, the parties to this action hereby stipulate and agree to continue the hearing on Plaintiff's motion for judgment on the pleadings or, in the alternative, motion for partial summary judgment to July 8, 2019.

Further amendments to this proposed schedule are not anticipated at this time.

Dated: June 13, 2019    WANGER JONES HELSLEY PC

By:  /s/ Christopher A. Lisieski
     Patrick D. Toole, John P. Kinsey, Rebecca S. Maddox, and Christopher A. Lisieski
     Attorneys for Plaintiff

DOWNEY BRAND LLP

By:  /s/ Bradley C. Carroll
     John C. McCarron and Bradley C. Carroll
     Attorneys for Defendant

# [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties to continue the hearing on Plaintiff's motion for judgment on the pleadings or, in the alternative, motion for partial summary judgment pursuant to Local Rule 230(f), and for good cause appearing, the undersigned hereby grants the parties' request and continues the hearing on Plaintiff's motion for judgment on the pleadings or, in the alternative, motion for partial summary judgment (Doc. No. 11) until July 8, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 13, 2019

                                  SENIOR DISTRICT JUDGE