| | |
|---|---|
| WANGER JONES HELSEY, LLP<br>JOHN P. KINSEY # 215916<br>PATRICK D. TOOLE # 190118<br>CHRISTOPHER A. LISIESKI # 321862<br>265 E. River Park Circle<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 | DOWNEY BRAND LLP<br>STEPHEN J. MEYER # 75326<br>JOHN C. MCCARRON # 225217<br>BRADLEY C. CARROLL # 300658<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: 916.444.1000<br>Facsimile: 916.444.2100<br>smeyer@downeybrand.com<br>jmccarron@downeybrand.com<br>bcarroll@downeybrand.com<br><br>DOWLING AARON INCORPORATED<br>STEVEN D. MCGEE # 71886<br>JARED C. MARSHALL # 272065<br>8080 North Palm Avenue, Third Floor<br>Fresno, CA 93711<br>Telephone: (559) 432-4500<br>Facsimile: (559) 432-4590<br>smcgee@dowlingaaron.com<br>jmarshall@dowlingaaron.com |
| Attorneys for Plaintiff California Organic, Fertilizers, Inc. | Attorneys for Defendant True Organic Products, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA ORGANIC FERTILIZERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUE ORGANIC PRODUCTS, INC., a California corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 1:19−cv−00296−AWI−EPG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

Plaintiff California Organic Fertilizers, Inc. ("Plaintiff") and Defendant True Organic Products, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 7, 2019, Plaintiff filed a Motion for Judgment on the Pleadings, or in the alternative, for Partial Summary Judgment ("Motion for Summary Judgment") (Doc. 11).

WHEREAS, on June 10, 2019, Defendant filed an Opposition to Plaintiff's Motion for Summary Judgment or, in the Alternative, for Counter-Motion for Partial Summary Judgment ("Opposition and Counter-Motion for Summary Judgment") (Doc. 15).

WHEREAS, on June 24, 2019, Plaintiff filed an Opposition to Defendant's Opposition and Counter-Motion for Summary Judgment ("Opposition to the Counter-Motion") (Doc. 18).

WHEREAS, on July 1, 2019, Defendant filed a Reply to Plaintiff's Opposition to the Counter-Motion ("Reply to Counter-Motion") (Doc. 19).

WHEREAS, on July 2, 2019, the Court issued a Minute Order deeming Plaintiff's Motion for Summary Judgment (Doc. 11) suitable for decision without oral argument, vacating the hearing date on July 8, 2019, and taking the matter under submission as of that date ("Minute Order") (Doc. 20).

WHEREAS, the Parties now desire to engage in mediation to resolve their disputes while the Motion for Summary Judgment (Doc. 11) and Counter-Motion for Summary Judgment (Doc. 15) are still pending.

IT IS HEREBY STIPULATED by and between the Parties as follows:

1. In recognition that the Court's minute order took Plaintiff's Motion for Summary Judgment (Doc. 11) under submission as of the original July 8, 2019 hearing date (*see* Doc. 20), the Parties jointly request the Court delay ruling on the motion for at least ninety (90) days thereafter to permit the Parties sufficient time to mediate in good faith.

**IT IS SO STIPULATED.**

DATED: July 5, 2019                           WANGER JONES HELSEY LLP


By: /s/Christopher A. Lisieski
    JOHN P. KINSEY
    PATRICK D. TOOLE
    CHRISTOPHER A. LISIESKI
    Attorneys for Plaintiff California Organic Fertilizers, Inc.

DATED: July 5, 2019                           DOWNEY BRAND LLP


By: /s/ John C. McCarron
    STEPHEN J. MEYER
    JOHN C. MCCARRON
    BRADLEY C. CARROLL
    Attorneys for Defendant True Organic Products, Inc.

DATED: July 5, 2019                           DOWLING AARON INCORPORATED


By: /s/ Jared C. Marshall
    STEVEN D. MCGEE
    JARED C. MARSHALL
    Attorneys for Defendant True Organic Products, Inc.

## **ORDER**

Based on the foregoing stipulation of the Parties, and for good cause shown, the Court will delay ruling on the pending Motion and Counter-Motion for Summary Judgment until October 6, 2019, at the earliest, so as to permit the Parties sufficient time to engage in mediation.

In the event the Parties are able to resolve some or all of their disputes at mediation, they shall immediately file a notice of settlement *and/or a notice of withdrawal of motion* with the Court pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated: July 8, 2019

SENIOR DISTRICT JUDGE