**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUE ORGANIC PRODUCTS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA ORGANIC FERTILIZERS, INC., a California corporation, and DOES 1–10, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-cv-01278-AWI-EPG<br><br>**ORDER REGARDING INITIAL SCHEDULING CONFERENCES IN RELATED CASES** |
| CALIFORNIA ORGANIC FERTILIZERS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUE ORGANIC PRODUCTS, INC., a California corporation, and DOES 1–10, inclusive,<br><br>　　　　Defendants. | Case No. 1:19-cv-00296-AWI-EPG |

Pursuant to the stipulation of the Parties, and good cause appearing, the initial scheduling conferences in case 1:18-cv-01278-AWI-EPG and case 1:19-cv-00296-AWI-EPG are vacated. The

Parties are directed to email Michelle Rooney (mrooney@caed.uscourts.gov) one week after the ruling is issued on the pending motions in case 1:19-cv-00296-AWI-EPG to have the scheduling conferences re-noticed.

IT IS SO ORDERED.

Dated: **September 4, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE