# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ORGANIC FERTILIZERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRUE ORGANIC PRODUCTS, INC., <br><br> Defendant. | Case No. 1:19-cv-00296-AWI-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> (ECF No. 33) |

Plaintiff, California Organic Fertilizers, Inc., and Defendant, True Organic Products, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF Nos. 33). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **March 13, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE